## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDE ESEANOBI,<br><br>    *Plaintiff,*<br><br>  v.<br><br>SARAH TAYLOR, *et al.*,<br><br>    *Defendants*. | Civil Action No. 18-1353 (CRC) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

  In accordance with Federal Rule of Civil Procedure 41(a), Plaintiff and Defendants stipulate and agree to dismissal of this action with prejudice, with each party to bear its own costs.

DATED: July 24, 2018

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Civil Chief

By: /s/ *Joshua L. Rogers*
JOSHUA L. ROGERS
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2578
Joshua.Rogers3@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

/s/ *Margaret Hobbins*
MARGARET HOBBINS
D.C. Bar # 996027
4922 Fairmont Ave. Suite 200
Bethesda, MD 20814
(240) 403-0913
meg@grossmanlawllc.com

*Counsel for Plaintiff*